Edward J. Maney, Trustee, Bar #12256
101 N. First Avenue, Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) In Proceedings Under Chapter 13 |
| | ) |
| DAVID ALBERT ZAMORA | ) Case No. 11-27898-PHX-BKM |
| | ) |
| MARIBETH ALL | ) |
| | ) TRUSTEE'S MOTION TO DISMISS |
| _____Debtor (s)_____ | ) |

COMES NOW Edward J. Maney, Trustee in the above-captioned Chapter 13 Proceeding and states that the debtor(s) is/are in default under the terms of their Chapter 13 Plan. Plan payments are 3 months delinquent and no showing has been made of any just cause for the default.

    Total delinquency as of this date:    $3,900.00
    The next scheduled payment is due:    APRIL 01, 2015

The Trustee will lodge an order dismissing this case if the debtor(s) fail to meet one of the following requirements:

1. All Plan payments must be current by APRIL 03, 2015.
2. The debtor(s) file a Notice of Conversion to a Chapter 7 with the Court and serve a copy on the Trustee.
3. The debtor(s) file a Motion for a Moratorium of Plan Payments with the Court and serve a copy on the Trustee.

Dated: [see electronic signature]

                        _____
                             Edward J. Maney, Trustee

CERTIFICATE OF MAILING FOR CASE NO. 11-27898
Copies of the foregoing mailed (see electronic signature below) to the following:

J. Murray Zeigler, Esq.
Zeigler Law Group, P.L.C.
229 E. La Vieve Lane
Tempe, AZ 85284-
Attorney for Debtor

DAVID ALBERT ZAMORA
2625 N 24TH ST # 24
MESA, AZ 85213
Debtor

MARIBETH ALL
2625 N 24TH ST # 24
MESA, AZ 85213
Co-Debtor

                          _____
                            Trustee's Clerk